IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP, VIRGINIA

INTEGRITY COAL SALES, INC.           )
        Plaintiff                                    )
                                                        )
v.                                                      )     Civil Action No. 2:13cv43
                                                        )
C & B COAL, LLC, et al.                     )
        Defendants                              )

### AFFIDAVIT OF MICHAEL CROWDER

I, Michael Crowder, of Piney Flats, Tennessee, MAKE OATH AND SAY THAT:

1. My name is Michael Crowder. I am the Managing Member of C&B Coal, LLC and Cobalt Coal, LLC. I have personal knowledge of the operations in Dickenson County, Va.
2. Presently a company called Mill Creek Mining, Inc. is facing up a deep mine on the 900 Acre Mill Creek property in Dickenson County, Virginia.
3. We expect to be producing coal by the deep mining method within 6 months.
4. Prior to this time the cost of production was greater than the sales price. We are expecting a $5.00/ton increase in January 2014 which makes the coal profitable to mine.

_____
MICHAEL CROWDER

STATE OF TENNESSEE           :
COUNTY OF SULLIVAN         :

Sworn to and subscribed before me this 3 day of January, 2014.

_____
Notary Public

My Commission expires: 1-30-17

[Notary Seal: FAITH M. PHILLIPS, STATE OF TENNESSEE NOTARY PUBLIC, SULLIVAN COUNTY]