# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **INTEGRITY COAL SALES, INC.,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13CV00043 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **C & B COAL, LLC, ET AL.,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendants. ) | |

No response having been filed to the Motion to Enforce Settlement or to Reopen the Case (ECF No. 37), and it appearing proper, it is **ORDERED** that this case is REOPENED.

The Clerk is directed to reset the case for a two-day bench trial at the earliest practical date. Plaintiff may at such trial seek judgment on its underlying claim and in the alternative on the alleged settlement agreement, or it may seek judgment on only one of the above, all at its election. Plaintiff must advise the court and opposing party of its intention in this regard a reasonable time prior to trial.

ENTER: May 5, 2014

/s/ James P. Jones
United States District Judge