**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION**

| | |
|---|---|
| *INTEGRITY COAL SALES, INC.*,   ) | |
| )| |
| Plaintiff ) | |
| ) | |
| v.   ) | Civil Action No. 2:13-cv-43 |
| ) | |
| *C & B COAL, LLC*,   ) | |
| ) | |
| *and*   ) | |
| ) | |
| *COBALT COAL, LLC*   ) | |
| ) | |
| Defendants ) | |

***STIPULATION AND ORDER***

The parties, by counsel, stipulate that in accordance with the agreement described in Docket No. 37-1, the $50,000.00 payment has been received and the case should be dismissed without prejudice.

Requested by:

s/ Steven R. Minor                            s/ Daniel Bieger
Counsel for the Plaintiff                  Counsel for Defendants

For good cause shown, it will be so ordered, and the Clerk will strike the case from docket.

ENTER: This the ___ day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE